IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KAPONO TARPY**                                                         **PLAINTIFF**
Reg. #19187-075

v.                   **CASE NO. 2:12CV00182 BSM**

**USA et al.**                                                         **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Mr. Tarpy's claims against the United States of America and his official capacity claims are dismissed with prejudice;

2. Mr. Tarpy's claims against defendants Dr. Sokoloff and John/Jane Doe are dismissed without prejudice.

DATED this 19th day of November 2012.

_____
UNITED STATES DISTRICT COURT JUDGE